IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DOMINIQUE PARKER**                                                                         **PLAINTIFF**
*#2003940*

**V.**                        **CASE NO. 2:25-CV-00011-BSM-JTK**

**MIKE ALLEN and**
**AUSTIN WATSON**                                                      **DEFENDANTS**

**ORDER**

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 13] is adopted. Dominique Parker may proceed with his individual capacity excessive force claim against Austin Watson.

Parker did not name Mike Allen in his amended complaint so all claims against Allen are dismissed without prejudice. Parker's official capacity claims against Watson are dismissed for failure to state a claim. The clerk is directed to terminate Mike Allen as a party and update the case style.

IT IS SO ORDERED this 15th day of May, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE