### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DOMINIQUE L. PARKER**                                             **PLAINTIFF**
**# 2003940**

**v.**                          **CASE NO. 2:25-CV-00011-BSM**

**AUSTIN WATSON**                                                   **DEFENDANT**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE